IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CURTIS GORE,                                                                                    PLAINTIFF

V.                                                                                    NO. 1:03CV673-M-D

LOWNDES COUNTY, MISSISSIPPI, et al.,                                                DEFENDANTS

# FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 19, 2007, was on that date duly served by mail upon the *pro se* Plaintiff's at his last known address. Plaintiff has submitted motion that appears to accede, rather than object, to the Report and Recommendations. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated March 19, 2007, is hereby approved and adopted as the opinion of the court;

2) Defendants Lowndes County, Lowndes County Sheriff's Department, and Andy Round are DISMISSED from this matter; and

3) the stay ordered on June 10, 2004, is LIFTED so that the claims against the remaining Defendants can proceed.

THIS the 10th day of April, 2007.

                                         /s/ Michael P. Mills
                                       **UNITED STATES DISTRICT JUDGE**